B 250A
(8/96)

# United States Bankruptcy Court

## Middle District of Florida

| | | |
|---|---|---|
| In re ELECTRIC MACHINERY ENTERPRISES, INC., | ) | |
| Debtor | ) | Case No. 03-11047-8w1 |
| | ) | |
| | ) | Chapter 11 |
| ELECTRIC MACHINERY ENTERPRISES, INC., | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| CONSTRUCT TWO CONSTRUCTION MANAGERS, INC. | ) | Adv. Proc. No. 03-00811 |
| Defendant | ) | |

### SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

---

Address of Clerk

Sam M. Gibbons U. S. Courthouse, 801 N. Florida Ave., Tampa, FL  33602

---

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

---

Name and Address of Plaintiff's Attorney

C. Timothy Corcoran, III, 400 N. Ashley Dr., Ste. 2540, Tampa, FL  33602

---

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

DAVID K. OLIVERIA
*Clerk of the Bankruptcy Court*

By:_____

Date                                                                 Deputy Clerk